AO 91 (Rev. 11/11)  Criminal Complaint                                             AUSA Windom_2019R00568

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America )
v. )
) Case No. 20-mj-194-CBD
)
)
WILLIAM GARFIELD BILBROUGH IV )
)
*Defendant(s)*

FILED ___ ENTERED
LOGGED ___ RECEIVED

JAN 1 5 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  8/19/2019 - 1/11/2020  in the county of  Prince George's  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii), (iii), and (v)(I); 18 U.S.C. § 2 | transporting and harboring certain aliens, and conspiracy to do so; aiding-and-abetting |

This criminal complaint is based on these facts:
See the attached Affidavit of Special Agent Rachid T. Harrison dated January 14, 2020.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rachid T. Harrison, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 14, 2020

_____
*Judge's signature*

City and state:  Greenbelt, MD           Charles B. Day, U.S. Magistrate Judge
*Printed name and title*