

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *     Case No.  CBD 20-mj-00194

WILLIAM GARFIELD BILBROUGH, IV     *

******

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _January 22, 2020_ (date) at _2:00 pm_ (time) before _Honorable Timothy J. Sullivan_, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom ___TBD___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 16, 2020
Date

_____
Charles B. Day
United States Magistrate Judge

2020 JAN 16 PM 4:49

U.S. MARSHALS
GREENBELT, MD.

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention