

JAN 22 2020
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CASE NO. 20-mj-194-CBD |
| | * | |
| WILLIAM GARFIELD BILBROUGH IV, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

### GOVERNMENT'S EXHIBIT LIST FOR BAIL REVIEW HEARING

| Exh. No. | Description | ID'd | Admitted |
|---|---|---|---|
| 1 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 2 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 3 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 4 | Text messages | JAN 2 2 2020 | JAN 2 2 2020 |
| 5 | Photo | JAN 2 2 2020 | JAN 2 2 2020 |
| 6 | Text messages | JAN 2 2 2020 | JAN 2 2 2020 |
| 7 | Passport application | JAN 2 2 2020 | JAN 2 2 2020 |
| 8 | | | |
| 9 | | | |
| 10 | | | |