FILED ___ ENTERED
___ LOGGED ___ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JAN 22 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff** | * | |
| vs. | * | Case No.: CBD 20-mj-00194 |
| **WILLIAM GARFIELD BILBROUGH, IV** | * | |
| **Defendant** | * | |
| | * | |

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S/GOVERNMENT EXHIBITS**

_Exhibits entered into evidence_
_at Detention Hearing_
_____

All Plaintiff's exhibits
returned: _____January 22, 2020_____

**DEFENDANT'S EXHIBITS**

_Exhibits entered into evidence_
_at_ _____
_____

All Defendant's exhibits
returned: _____

Received the above listed exhibits this date: January 22, 2020

Counsel for Plaintiff/Government:

X__[signature]_____

X_____

Counsel for Defendant:

X_____

X_____

**Date: January 22, 2020**

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits